**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CarrierWeb, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **42-1618331** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **200 Technology Court**<br>**Suite E**<br>**Smyrna, GA 30082**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cobb**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor     **CarrierWeb, LLC**

Name

Case number *(if known)* _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **CarrierWeb, LLC**    Case number (*if known*) _____
Name

**11. Why is the case filed in**
   **this district?**    *Check all that apply:*

   ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
      preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ■ No
   **have possession of any**    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
   **real property or personal**
   **property that needs**
   **immediate attention?**

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
      livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                              Number, Street, City, State & ZIP Code

   **Is the property insured?**

   ☐ No

   ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

   **Statistical and administrative information**

**13. Debtor's estimation of**   .   *Check one:*
   **available funds**
   ■ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**   ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
   **creditors**              ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                              ■ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                              ☐ 200-999

**15. Estimated Assets**       ☐ $0 - $50,000          ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**  ☐ $0 - $50,000          ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000    ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **CarrierWeb, LLC**                                                         Case number (*if known*) _____
          Name

███   **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
   **of authorized**
   **representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2017**
               MM / DD / YYYY

X **/s/ R. Fenton-May**                                  **R. Fenton-May**
_____              _____
Signature of authorized representative of debtor        Printed name

Title    **Manager**
         _____

---

**18. Signature of attorney**    X **/s/ G. Frank Nason, IV**                      Date **March  6, 2017**
                                 _____          _____
                                 Signature of attorney for debtor                MM / DD / YYYY

                                 **G. Frank Nason, IV**
                                 _____
                                 Printed name

                                 **Lamberth, Cifelli, Ellis & Nason, P.A.**
                                 _____
                                 Firm name

                                 **1117 Perimeter Center West**
                                 **Suite W212**
                                 **Atlanta, GA 30338**
                                 _____
                                 Number, Street, City, State & ZIP Code

                                 Contact phone    **404-262-7373**        Email address    _____

                                 **535160**
                                 _____
                                 Bar number and State

---

## CERTIFIED COPY OF RESOLUTIONS ADOPTED
## BY THE MEMBERS OF CARRIERWEB, LLC

The undersigned, being all of the members of the Board of Directors (the "Board") of CarrierWeb, LLC (the "Company"), do hereby consent to and adopt the following resolutions, which shall have the same force and effect as if taken by unanimous affirmative vote at a meeting of the Board duly called and held for the purpose of acting on proposals to adopt such resolutions, and direct that this written consent be filed with the minutes of the proceedings of the Company

RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, equity holders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code (the "Code");

FURTHER RESOLVED, that Roualeyn Fenton-May, the Company's Chairman and Manager, and William Newlands, the Company's Senior Vice President and CFO, and each and every other officer of the Company and their designees (each, an "Authorized Officer" and together, the "Authorized Officers"), are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Georgia, at such time as said officer executing the same shall determine and in such form as such Authorized Officer may approve (such approval to be conclusively evidenced by the execution of the petition);

FURTHER RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to retain on behalf of the Company the law firm of Lamberth, Cifelli, Ellis & Nason, P.A., to render legal services to, and to represent, the Company in connection with such bankruptcy proceedings and other related matters in connection therewith, on such terms as such Authorized Officers shall approve;

FURTHER RESOLVED, that each of the Authorized Officers, or their designate, be, and each of them hereby is, authorized to execute and file any, and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all such other and further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate in connection with the Chapter 11 case, including, but not limited to, motions to incur debtor in possession financing; the assumption or rejection of executory contracts and unexpired leases; proposing one or more chapter 11 plans; the sale or other disposition of all or a portion of the Company's assets; entering into new contracts, leases or other agreements; the prosecution of claims held by the Company and the defense of claims asserted against the Company, including the continuation of any litigation pending at the time of the Chapter 11 filing, and related appeals; the negotiation and consummation of settlements and compromises; and the performance of any and all further acts and deeds which the Authorized Officers, or their designate, deem necessary, proper and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case;

FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to employ and retain on behalf of the Company additional financial advisors, accountants, public relations advisors and other professionals, to advise the Company in connection with its case under chapter 11 of the Code;

FURTHER RESOLVED, that the Authorized Officers of the Company, or their designate, be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge, deliver and perform (and record in a relevant office of the county clerk, if necessary) any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements or other instruments as may reasonably be required to give effect to the foregoing Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to perform fully the terms and provisions thereof;

FURTHER RESOLVED, that the Company be, and hereby is, authorized to pay all fees and expenses incurred by it or for its account in connection with the transactions approved in any or all of the foregoing Resolutions, and all transactions related thereto, and each Authorized Officer, or their designate, be, and each of them hereby is, authorized, empowered and directed to make said payments as such Authorized Officer or designate may deem necessary, appropriate, advisable or desirable, such payment by any such officer to constitute conclusive evidence of such officer's determination and approval of the necessity, appropriateness, advisability or desirability thereof; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Officers and any others specifically designated by them in connection with the bankruptcy proceedings of the Company or any matter related thereto by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

WITNESS my hand and the seal of the Company this 5th day of March, 2017.

CARRIERWEB, LLC

By: _____
           (Signature)

R. Fenton-May_____
           (Printed Name)

Its: Manager _____
           (Title)
By: _____
           (Signature)

By: _____
    (Signature)

_____
    JOEL H. COWAN
    (Printed Name)

Its: _____
    DIRECTOR
    (Title)


By: _____
    (Signature)

_____
    (Printed Name)

Its: _____
    (Title)

_____
(Printed Name)

Its: _____
(Title)


By: _____
(Signature)

_____John Marous_____
(Printed Name)

Its: _____Manager_____
(Title)

**Fill in this information to identify the case:**

Debtor name    **CarrierWeb, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Declaration and signature |
|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2017**          X /s/ R. Fenton-May
                                            Signature of individual signing on behalf of debtor

                                            **R. Fenton-May**
                                            Printed name

                                            **Manager**
                                            Position or relationship to debtor

Official Form 202                        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | CarrierWeb, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MOTIA Co Ltd No 712 Hanlim Humen Twr Bldg, 151 Guemjun-dong, Gunpo-si Kyoungki-do Korea | +82-31-479-7277 | Trade Debt | | | | $759,385.80 |
| AT&T Mobility EOD PO Box 5085 Carol Stream, IL 60197-5085 | Rachel White 877-275-4679, 65457 | Trade Debt | | | | $192,900.99 |
| G2 Capital Advisors 535 Boylston Street Ste. 701 Boston, MA 02116 | 617-531-9911 x702 | Trade Debt | | | | $92,081.18 |
| Cable Quest 105 Heather Court Ball Ground, GA 30107 | Clint Emerson (770) 720-8230 | Trade Debt | | | | $71,477.46 |
| Tennessee Dept of Revenue Andrew Jackson State Office Bu 500 Deaderick Street Nashville, TN 37242 | | Taxes | | | | $64,512.01 |
| BDO USA LLP 1100 Peachtree Street NE Ste 700 Atlanta, GA 30309-4516 | Lindsay Kaiser (404) 688-6841 | Trade Debt | | | | $58,861.94 |
| ALK Technologies, Inc. PO Box 204769 Dallas, TX 75320-4769 | Daniel Popkin 609-683-0220 | Trade Debt | | | | $51,876.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **CarrierWeb, LLC**                                          Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Travelers CL Remittance Center P OBox 660317 Dallas, TX 75266-0317** | **Bobbie Burdett** **404-351-8434** | **Insurance** | | | | **$28,596.75** |
| **Prime 2925 Shawnee Industrial Way Ste. 200 Suwanee, GA 30024** | **Melissa Jewell - CFO** **770-232-7300 x228** | **Trade Debt** | | | | **$27,406.96** |
| **Keith O'Brien 25 Collins Way Pelham, NH 03076** | | **Wages & Commissions** | | | | **$22,150.00** |
| **Smith Gambrell & Russell LLP 1230 Peachtree St NE Ste. 3100 Promenade II Atlanta, GA 30309-3592** | **404-815-3500** | **Trade Debt** | | | | **$21,078.50** |
| **Shad Bell 2 Thomson Hill Road Canton, CT 06019** | | **Wages & Commissions** | | | | **$18,923.08** |
| **Brill Securities, Inc. 152 W. 57th Street New York, NY 10019** | **617-531-9911 x702** | **Trade Debt** | | | | **$18,500.00** |
| **Stoops Freightliner 27825 Network Place Chicago, IL 60673-1278** | | **Trade Debt** | | | | **$18,230.20** |
| **Humana EMP HP Georgia PO Box 524 Carol Stream, IL 60132-0524** | | **Trade Debt** | | | | **$18,187.49** |
| **William Sharpe 1830 Chardin Way Marietta, GA 30062** | | **Wages & Commissions** | | | | **$16,786.15** |
| **Roy Lancor 14116 S. Lehigh Drive Plainfield, IL 60544** | | **Wages & Commissions** | | | | **$14,816.16** |
| **Accellos 90 S Cascade Avenue Ste. 1200 Colorado Springs, CO 80903** | **800-328-3271** | **Trade Debt** | | | | **$14,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **CarrierWeb, LLC**                                      Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **The ROITT Group 209 Fellowes res Waterdown Ontario L0R2H3** | | **Trade Debt** | | | | **$13,860.00** |
| **Jeffrey Vickers 353 Mammoth Road Londonderry, NH 03053** | | **Wages & Commissions** | | | | **$13,288.46** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re   **CarrierWeb, LLC**                                    Case No. _____
                                      Debtor(s)      Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **efreightrac, LLC**<br>**102 Pebblestump Point**<br>**Peachtree City, GA 30269** | **Member** | **72.72%** | **Member** |
| **John Marous**<br>**401 Buckingham Road**<br>**Pittsburgh, PA 15215** | **Member** | **27.28%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 6, 2017**                    Signature   **/s/ R. Fenton-May**
                                                         **R. Fenton-May**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Georgia - Atlanta Division

In re  **CarrierWeb, LLC** _____    Case No. _____

                                           Debtor(s)        Chapter   **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March  6, 2017**_____           **/s/ R. Fenton-May**_____

                                                              **R. Fenton-May**/**Manager**
                                                              Signer/Title

Accellos
90 S Cascade Avenue
Ste. 1200
Colorado Springs, CO 80903


Accountemps
12400 Collections Center Drive
Chicago, IL 60693


Ade H. Azeez
2085 Roswell Road
Apartment 722
Marietta, GA 30062


Alabama Trucking Association
PO Box 242337
Montgomery, AL 36124


ALK Technologies, Inc.
PO Box 204769
Dallas, TX 75320-4769


Allied Electronics
Accounts Receivable Dept
PO Box 2325
Fort Worth, TX 76113-2325


AMS Electronics, Inc.
113 Pillow St
Butler, PA 16001


Arizona Department of Revenue
1600 W Monroe St
Phoenix, AZ 85007


Arkansas Trucking Association
PO Box 3476
Little Rock, AR 72203

```
AT&T
PO Box 5019
Carol Stream, IL 60197


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6493


AT&T Mobility EOD
PO Box 5085
Carol Stream, IL 60197-5085


Avenues to Independence
515 Busse Highway
Park Ridge, IL 60068


Baker Donelson
Monarch Plaza Suite 1600
3414 Peachtree Road, NE
Atlanta, GA 30326


BDO USA LLP
1100 Peachtree Street NE
Ste 700
Atlanta, GA 30309-4516


Benton Global, LLC
1045 S. River Industrial Blvd
Atlanta, GA 30315


Brill Securities, Inc.
152 W. 57th Street
New York, NY 10019


Bryan Stefan
554 Arbor Lane
South Elgin, IL 60177
```

Cable Quest
105 Heather Court
Ball Ground, GA 30107


CalAmp Wireless Networks Corp
75 Remittance Drive
Department 6316
Chicago, IL 60675-6316


CarrierWeb Services Limited
6th Floor South Bank House
Barrow Street
Dublin 4


Charles Smith
3043 Foster Ridge Trail
Snellville, GA 30039


Citrix
Online File 50264
Los Angeles, CA 90074-0264


City of Birmingham
Revenue Division
PO Box 830638
Birmingham, AL 35283-0638


City of Decatur Revenue Dept
402 Lee Street NE
PO Box 488
AL 35608-0488


Cobb County Tax Commissioner
100 Cherokee St Ste. 250
Marietta, GA 30090

Colonial Life
Attn: Processing Center
PO Box 903
Columbia, SC 29202-0903


Comptroller of Maryland
Revenue Administration Divisio
PO Box 17405
Baltimore, MD 21297-1405


Coverall North America, Inc.
2955 Momentum Place
Chicago, IL 60689


Cullman County Sales Tax Offic
PO Box 1206
Cullman, AL 35056


Curtis 1000 Inc
Box 88237
Milwaukee, WI 53288-0237


DK Technologies Inc.
9 Regola Drive
Irwin, PA 15642


Donald Durm


Eddie Byrd
501 Hollow Court
Woodstock, GA 30189


efreightrac, LLC
102 Pebblestump Point
Peachtree City, GA 30269

FedEx
PO Box 660481
Dallas, TX 75266-0481


Fitch Even Tabin & Flannery LL
120 S LaSalle Street
Ste. 1600
Chicago, IL 60603-3406


FleetSavings
PO Box 243
Lookout Mountain, TN 37350


G2 Capital Advisors
535 Boylston Street
Ste. 701
Boston, MA 02116


Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321


Georgia Power
96 Annex
Atlanta, GA 30396-0001


GGG Partners, LLC
3155 Roswell Road NE
Ste. 120
Atlanta, GA 30305


Gregory Griffin
1659 Jamestown Avenue
Evans, GA 30809


Hamlet Mahida
1028 Clipper Drive
Slidell, LA 70458

Hanover Insurance Co
PO Box 580045
Charlotte, NC 28258


Henry Ajon
2024 Kenwood Drive
Smyrna, GA 30082


Humana EMP HP Georgia
PO Box 524
Carol Stream, IL 60132-0524


IMTA
Dept 78738
PO Box 78000
Detroit, MI 48278


Internal Revenue Service
401 W. Peachtree St.
Stop-334D
Atlanta, GA 30308


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Iron Mountain Inc.
PO Box 915004
Dallas, TX 75391-5004


James Gamache
1590 Woodcrest Court
Aurora, IL 60502


Jefferson County Dept of Reven
PO Box 830710
Birmingham, AL 35233-0710

Jeffrey Vickers
353 Mammoth Road
Londonderry, NH 03053


John Chima
1777 Estate Drive
Farmington, NY 14425


John Marous
401 Buckingham Road
Pittsburgh, PA 15215


Keith O'Brien
25 Collins Way
Pelham, NH 03076


Ladd Distribution LLC
26449 Network Place
Chicago, IL 60673-1264


Li-Chao Eric Lin
2226 Dandridge Drive
Duluth, GA 30096


Louis Sangster
630 Abberley Way
Apartment 14
Stone Mountain, GA 30083


Louis Tornambe
5917 Oakdale Road
Mableton, GA 30126


Louisiana Motor Transport Asso
4838 Bennington Avenue
PO Box 80278
Baton Rouge, LA 70898

McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680-7690


Minnesota Dept of Revenue
Mail Station 6501
Saint Paul, MN 55146-6501


Missouri Dept. of Revenue
Customer Service Division
PO Box 3375
Jefferson City, MO 65105-3375


Missouri Trucking Association
PO Box 1247
102 E HIgh Street
Jefferson City, MO 65102


Morgan County
PO Box 1848
Decatur, AL 35602


MOTIA Co Ltd No 712
Hanlim Humen Twr Bldg, 151
Guemjun-dong, Gunpo-si
Kyoungki-do Korea


Mouser Electronics
PO Box 99319
Fort Worth, TX 76199-0319


New Jersey Div of Taxation
Revenue Processing Center
Sales& Use Tax PO Box 999
Trenton, NJ 08646-0999


North Carolina Trucking Assoc
PO Box 14369
Durham, NC 27709

Numerex Solutions
Dept 3677
PO Box 123677
Dallas, TX 75312-3677


OEMPC World
2800 Bowers Ave
Santa Clara, CA 95051


Ohio Department of Taxation
PO Box 2678
Columbus, OH 43216-1847


Ohio Trucking Association
21 East State Street
Ste. 900
Columbus, OH 43215


Panavise Products, Inc.
7540 Colbert Drive
Reno, NV 89511-1225


Pauline Newlands
2220 Virginia Place NE
Atlanta, GA 30305


Peggy Martin
109 Cecil Court
Dallas, GA 30157


Prime
2925 Shawnee Industrial Way
Ste. 200
Suwanee, GA 30024


Principal Financial Group
2000 Riveredge Parkway NW
Ste. 1000
Atlanta, GA 30328

Rackspace Hosting
PO Box 730759
Dallas, TX 75373-0759


Retirement Strategies, Inc.
229 Furys Ferry Road
Ste. 131
Augusta, GA 30907


Robert Kettlehake
13254 Hartwell Drive
Jacksonville, FL 32225


Robert W. Kettlehake
13254 Hartwell Drive
 32225


Roualeyn Fenton-May
3280 Habersham Road NW
Atlanta, GA 30305-1180


Roxanne Boyd
4949 Dana Drive
Kennesaw, GA 30144


Roy Lancor
14116 S. Lehigh Drive
Plainfield, IL 60544


Shad Bell
2 Thomson Hill Road
Canton, CT 06019


Smith Gambrell & Russell LLP
1230 Peachtree St NE
Ste. 3100 Promenade II
Atlanta, GA 30309-3592

South Carolina Dept of Revenue
Attn:  Sales Tax Dept.
PO Box 125
Columbia, SC 29214


South Carolina Trucking Associ
PO Box 50166
Columbia, SC 29250-0166


SpeedGuage, Inc.
PO Box 283
Rodeo, CA 94572


Stoops Freightliner
27825 Network Place
Chicago, IL 60673-1278


SunTrust Bank
PO Box 791250
Baltimore, MD 21279-1250


Tammy Sewell
6047 Wyndham Woods Drive
Powder Springs, GA 30127


Tennessee Dept of Revenue
Andrew Jackson State Office Bu
500 Deaderick Street
Nashville, TN 37242


Tennessee Trucking Association
4531 Trousdale Drive
Nashville, TN 37204-2024


Texas Department of Revenue
Texas Comptrollerof Public Acc
PO Box 149359
Austin, TX 78714-9359

Texas Trucking Association
700 E 11th Street
Austin, TX 78701-2623


The ROITT Group
209 Fellowes res Waterdown
Ontario L0R2H3


TMW Systems
Eastpoint 1
6085 Parkland Blvd
Cleveland, OH 44124


TMW Systems Inc.
20486 64 Avenue Suite 200
Langley BC
V2Y 2V5 Canada


Tommy Clark
7112 Grand Estuary Trail
#102
Bradenton, FL 34212


Transics International
NV Leper Business Park
Zone K Ter Waarde
leper 91-890


Travelers CL Remittance Center
P OBox 660317
Dallas, TX 75266-0317


Truckload Carriers Association
Dept 34873
Alexandria, VA 22334-0873


ULINE
PO Box 88741
Chicago, IL 60680-1741

UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


UPS Supply Chain Solutions, In
28013 Network Place
Chicago, IL 60673-1280


Utah State Tax Commission
210 N. 1950 W.
Salt Lake City, UT 84134


Virginia Dept of Revenue
Office of Customer Services
PO Box 1115
Richmond, VA 23218-1115


William Newlands
2220 Virginia Place
Atlanta, GA 30305


William Sharpe
1830 Chardin Way
Marietta, GA 30062


Wisconsin Dept of Revenue
Customer Service Bureau
PO Box 8949
Madison, WI 53708-8949


Wyatt Sweat
1022 Penny Lane
Marietta, GA 30067

# United States Bankruptcy Court
## Northern District of Georgia - Atlanta Division

In re   **CarrierWeb, LLC** _____   Case No. _____

                                          Debtor(s)                      Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CarrierWeb, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**efreightrac, LLC
102 Pebblestump Point
Peachtree City, GA 30269**

☐ None [*Check if applicable*]

**March  6, 2017** _____          **/s/ G. Frank Nason, IV** _____
Date                                              **G. Frank Nason, IV**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **CarrierWeb, LLC** _____
                                                  **Lamberth, Cifelli, Ellis & Nason, P.A.
                                                  1117 Perimeter Center West
                                                  Suite W212
                                                  Atlanta, GA 30338
                                                  404-262-7373 Fax:404-262-9911**