**IT IS ORDERED as set forth below:**

**Date: March 10, 2017**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| CARRIERWEB, LLC | : | CASE NO. 17-54087-lrc |
| | : | |
| | : | CHAPTER 11 |
| Debtor | : | |
| _____ | : | |

ORDER AUTHORIZING
PAYMENT OF PREPETITION EMPLOYEE COMPENSATION AND
BENEFITS IN THE ORDINARY COURSE OF BUSINESS

On March 7, 2017, CarrierWeb, LLC, debtor and debtor in possession in the above-styled chapter 11 case ("Debtor"), filed its "Emergency Motion for Order Authorizing Payment of Prepetition Employee Compensation in the Ordinary Course of Business" (the "Employee Motion") (Doc. No. 4), seeking authority to pay or otherwise honor various employee-related prepetition obligations of Debtor, to or for the benefit of, currently active employees.

Debtor's counsel has certified that a copy of the notice of the hearing of the Employee Motion has been served by overnight mail, facsimile transmission or electronic mail upon the United States Trustee and the creditors identified on the list filed with the Court pursuant to Bankruptcy Rule 1007(d).  The Court finds that notice of the Employee Motion, as it relates to this Order, is sufficient for all purposes under the Bankruptcy Code.

Hearing on the Motion was held March 9, 2017 (the "Hearing"). Counsel for the Debtor, G. Frank Nason, IV, appeared at the Hearing and represented to the Court that he was not aware of any party that opposes the entry of this Order. No party appeared to oppose the relief sought. Notice of the Employee Motion and the hearing appears to have been appropriate in these particular circumstances and is sufficient for all purposes under the Bankruptcy Code with respect to the relief requested. Based upon the record in the case and the representations of Debtor's counsel, and after due consideration and sufficient cause appearing therefore, it is hereby

**ORDERED** that the relief requested in the Employee Motion is **GRANTED** as set forth herein; and it is further

**ORDERED** that, subject to the condition below, Debtor is authorized to fund the payroll payable on March 9, 2017, covering the period ending March 3, 2017, and the payroll payable February 23, 2017, covering the period ending February 17, 2017; and it is further

**ORDERED** that the amounts authorized herein shall not result in the payment to any one employee of an amount in excess of $12,850; and it is further

**ORDERED** that Debtor is authorized to make all normal and customary withholdings and deductions from wages and other compensation paid, to timely and promptly make all

matching payments or contributions required under applicable law with respect to all amounts authorized herein for the purpose of paying all applicable taxes and other obligations normally associated with those payrolls, and to timely and promptly remit payment of taxes and other obligations on each and every payroll; and it is further

**ORDERED** that Debtor is authorized to pay its portion of the medical premiums for the Policies (as defined in the Employee Motion) and pay all amounts withheld from employees for insurance through the Policies; and it is further

**ORDERED** that Debtor is authorized to pay the Deductions (as defined in the Employee Motion) and Contributions (as defined in the Employee Motion) arising in connection with the payrolls approved herein.

[END OF DOCUMENT]

| **Prepared and presented by:** | **No Opposition by:** |
|---|---|
| LAMBERTH, CIFELLI, ELLIS & NASON, P.A.<br>Counsel for Debtor<br>By: */s/ G. Frank Nason, IV*<br>         G. Frank Nason, IV<br>         Georgia Bar No. 535160<br>1117 Perimeter Center West<br>Suite W212<br>Atlanta, GA 30338<br>(404) 262-7373<br>fnason@lcenlaw.com | GUY G. GEBHARDT<br>UNITED STATES TRUSTEE, REGION 21<br><br>By: */s/ Lindsay P.S. Kolba*<br>         Lindsay P. S. Kolba<br>         Georgia Bar. No. 541621<br><br>362 Richard Russell Building<br>75 Ted Turner Drive, S.W.<br>Atlanta, GA 30303<br>(404) 331-4437<br>lindsay.p.kolba@usdoj.gov |

**Identification of parties to be served:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 1117 Perimeter Center West, Suite W212, Atlanta, GA 30338

Lindsay P. S. Kolba, Office of U.S. Trustee, 362 Richard Russell Bldg., 75 Ted Turner Drive, SW, Atlanta, GA 30303