UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| CARRIERWEB, LLC, | : | CASE NO. 17-54087 - LRC |
| | : | |
| DEBTOR. | : | |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE
OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee for Region 21 in accordance with his administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

Performance Food Group, Inc.
245 N. Castle Heights Avenue
Lebanon, TN 37087
brad.boe@pfgc.com
(303) 898-8137

Trena J. Wade
8008 Vaden Drive
Brentwood, TN 37027
twade96@comcast.net
(615) 948-2405

Nehemiah Holdings, LLC
d/b/a/ Cable Quest
105 Heather Court
Ballground, GA 30107
clint.emerson@cablequest.biz
(770) 720-8230

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

By: _____/s/_____
Lindsay P. S. Kolba
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437
lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 27, 2017, a true and correct copy of the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims was served by First Class United States Mail upon members of the committee as appointed and upon the following parties in interest as follows:

CarrierWeb, LLC
200 Technology Court
Suite E
Smyrna, GA 30082

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
Suite W212
1117 Perimeter Center West
Atlanta, GA 30338

Performance Food Group, Inc.
245 N. Castle Heights Avenue
Lebanon, TN 37087
brad.boe@pfgc.com

Nehemiah Holdings, LLC
d/b/a/ Cable Quest
105 Heather Court
Ballground, GA 30107
clint.emerson@cablequest.biz

Trena J. Wade
8008 Vaden Drive
Brentwood, TN 37027
twade96@comcast.net

                                                                */s/*
                                        Lindsay P. S. Kolba
                                        Trial Attorney