UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA DIVISION

IN RE: }
}  CASE NUMBER
}  17-54087
CWEB Liquidation, LLC f/k/a CarrierWeb, LLC }
}  JUDGE CRAIG
DEBTOR. }
}  CHAPTER 11

## DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM  February 01 2019     TO    February 28 2019

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

_____
Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

CWEB Liquidation, LLC  f/k/a CarrierWeb, LLC

200 Technology Court, Suite E

Georgia 30082

678 384 9385

Attorney's Address
and Phone Number:

Lamberth, Cifelli, Ellis and Nason P.A

1117 Perimeter Center West, Suite w212

Atlanta   Georgia 30338

404 495 4468

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING    02/01/2019    AND ENDING    02/28/2019

Name of Debtor: CWEB Liquidation, LLC f/k/a CarrierWeb, LLC          Case Number  17-54087
Date of Petition: March 6th 2017

| | | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| 1. | **FUNDS AT BEGINNING OF PERIOD** | $ 2,147,583.18/ (a) | $ 12,827.19 (b) |
| 2. | **RECEIPTS:** | | |
| | A. Cash Sales | 0.00 | 0.00 |
| | Minus:  Cash Refunds | (-)    0.00 | 0.00 |
| | Net Cash Sales | 0.00 | 0.00 |
| | B. Accounts Receivable | 0.00 | 6,584,959.79 |
| | C. Other Receipts *(See MOR-3)* | 00.00 | 2,823,737.06 |
| | (If you receive rental income, you must attach a rent roll.) | | |
| 3. | **TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | $ 0.00 | $ 9,408,696.85 |
| 4. | **TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | $ 2,147,583.18 | $ 9,421,524.04 |
| 5. | **DISBURSEMENTS** | | |
| | A. Advertising | 0.00 | 3,600.00 |
| | B. Bank Charges | 592.90 | 13,785.43 |
| | C. Contract Labor | 0.00 | 33,500.52 |
| | D. Fixed Asset Payments (not incl. in "N") | 0.00 | |
| | E. Insurance | 0.00 | 535,535.51 |
| | F.  Inventory Payments *(See Attach. 2)* | 0.00 | 1,257,167.71 |
| | G. Leases | 0.00 | |
| | H. Manufacturing Supplies | 84,904.06 | 1,531,311.87 |
| | I.  Office Supplies | 303.00 | 33,504.90 |
| | J.  Payroll - Net *(See Attachment 4B)* | 30,054.24 | 2,000,528.18 |
| | K. Professional Fees (Accounting & Legal) | 0.00 | 327,712.50 |
| | L.  Rent | 0.00 | 222,868.99 |
| | M. Repairs & Maintenance | 0.00 | |
| | N.  Secured Creditor Payments *(See Attach. 2)* | 0.00 | |
| | O. Taxes Paid - Payroll *(See Attachment 4C)* | 10,317.48 | 759,258.75 |
| | P.  Taxes Paid - Sales & Use *(See Attachment 4C)* | 1,688.65 | 251,792.61 |
| | Q. Taxes Paid - Other *(See Attachment 4C)* | 0.00 | 10,400.66 |
| | R. Telephone | 3,570.54 | 91,636.31 |
| | S.  Travel & Entertainment | 0.00 | 100,281.74 |
| | Y. U.S. Trustee Quarterly Fees | 0.00 | 39,000.00 |
| | U. Utilities | 801.80 | 29,037.12 |
| | V. Vehicle Expenses | 0.00 | |
| | W. Other Operating Expenses *(See MOR-3)* | 222,249.80 | 387,500.53 |
| 6. | **TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 354,482.47 | $ 7,628,423.33 |
| 7. | **ENDING BALANCE** *(Line 4 Minus Line 6)* | $ 1,793,100.71 c) | $ 1,793,100.71 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This  7th  day of  May, 2019              _____
                                                            (Signature)

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

### MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

#### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Refund funds taken fraudulently from A/c | 0.00 | 2,260.62 |
| Refund from Vendor | 0.00 | 112.30 |
| DIP Funding | 0.00 | 650,000.00 |
| Refund of Unemployment taxes paid | 0.00 | 254.34 |
| COBRA Payment re ex associates | 0.00 | 12,733.27 |
| Sales Tax Refund | 0.00 | 8,376.53 |
| Proceeds from asset sale to IDSY | 0.00 | 2,150,000.00 |
| TOTAL OTHER RECEIPTS | $        0.00 | $ 2,823,737.06 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| State Tax filing fees |  | 300.00 |
| Payroll preparation fees | 197.75 | 6,959.50 |
| Business license fees |  | 710.00 |
| Trade Conference Fee |  | 3,000.00 |
| Interest and Charges re DIP Loan |  | 152,933.99 |
| Trade association membership |  | 545.00 |
| Computer Purchase |  | 999.99 |
| Pre-petition creditor payments | 222,052.05 | 222,052.05 |
| TOTAL OTHER DISBURSEMENTS | $ 222,249.80 | $  387,500.53 |

## NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.

Accrual Basis

# CWEB Liquidation, LLC
## Balance Sheet
### As of February 28, 2019

|  | Feb 28, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| ST Tax account - 9271 | 125.17 |
| ST Payroll account - 9263 | 131.46 |
| ST - Operating account - 9255 | 1,094.15 |
| **Total Checking/Savings** | 1,350.78 |
| **Other Current Assets** | |
| Funds from asset sale - Escrow | 1,791,749.93 |
| Prepayments | 271,988.61 |
| InterCompany Receivable | 582,384.68 |
| Inventory | 0.00 |
| **Total Other Current Assets** | 2,646,123.22 |
| **Total Current Assets** | 2,647,474.00 |
| **Other Assets** | 74,444.06 |
| **TOTAL ASSETS** | 2,721,918.06 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Account Payable | 1,508,838.58 |
| **Total Accounts Payable** | 1,508,838.58 |
| **Other Current Liabilities** | 1,006,683.18 |
| **Total Current Liabilities** | 2,515,521.76 |
| **Long Term Liabilities** | 27,442,222.82 |
| **Total Liabilities** | 29,957,744.58 |
| **Equity** | |
| Retained Earnings | -29,554,133.50 |
| Share Capital | 10,000.00 |
| Net Income | 2,308,420.55 |
| **Total Equity** | -27,235,712.95 |
| **TOTAL LIABILITIES & EQUITY** | 2,722,031.63 |

Accrual Basis

# CWEB Liquidation, LLC
## Profit & Loss
### January through February 2019

| | Jan - Feb 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Hardware Revenue | 41,557.00 |
| Data Service Revenue | 177,776.12 |
| Other Revenues | 5,238.02 |
| **Total Income** | 224,571.14 |
| **Cost of Goods Sold** | |
| Hardware CGS | 19,019.22 |
| Data Service CGS | 63,302.79 |
| Other COGS | 1,549.49 |
| **Total COGS** | 83,871.50 |
| **Gross Profit** | 140,699.64 |
| **Expense** | |
| INSIDE CUSTOMER SUPPORT | 3,205.23 |
| Payroll Expenses | 125,608.96 |
| SALES AND MARKETING | 1,422.51 |
| FIELD CUSTOMER SERVICE | 1,505.06 |
| PRODUCTION | 4,884.61 |
| GENERAL AND ADMINISTRATIVE | 25,701.19 |
| DEVELOPMENT | 15,665.66 |
| Write-Off | 27,142.60 |
| **Total Expense** | 205,135.82 |
| **Net Ordinary Income** | -64,436.18 |
| **Other Income/Expense** | |
| **Other Income** | |
| Other Income | 2,378,666.43 |
| **Other Expense** | |
| Other Expense | 5,809.70 |
| **Net Other Income** | 2,372,856.73 |
| **Net Income** | 2,308,420.55 |

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:  CWEB Liquidation, LLC f/k/a CarrierWeb, LLC          Case Number:  17-54087

Reporting Period beginning  February 1 2019          Period ending  February 28 2019

ACCOUNTS RECEIVABLE AT PETITION DATE: $476,621.65

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ | 0.00 (a) |
| PLUS: Current Month New Billings | $ | 0.00 |
| MINUS: Collection during the Month | $ | (0.00) (b) |
| PLUS/MINUS: Adjustments or Write-offs | $ | * |
| End of Month Balance | $ | 0.00 (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:
 Balance sold as part of Asset sale to ID-Systems Inc. on January 30th 2019

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed account, etc.) |
|---|---|---|
| | | **As at the date of this report there are no accounts receivables** |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

### ATTACHMENT 2
### MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: CWEB Liquidation, LLC f/k/a CarrierWeb, LLC                Case Number: 17-54087

Reporting Period beginning February 1 2019                Period ending February 28 2019

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | See attached listing for details | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL AMOUNT** | | | | **$ 112,812.48** (b) |

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

---

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 201,086.93 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 1,019.98 | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ (89,294.43) | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ 112,812.48 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

---

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | N/a      (d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

MOR-5

**CWEB Liquidation, LLC f/k/a CarrierWeb LLC**
**Accounts Payable - Post Petition**
As of February 28th 2019

| Type | Date | Num | Name | Open Balance | Description |
|---|---|---|---|---|---|
| Bill | 03/14/2017 | 20172014 | Alabama Department of Revenue - Privilege | 100.00 | Business registration fee |
| Bill | 04/15/2017 | Carrie01001-00070472 | T-Mobile M2M Global | 38.33 | Data Service Charges - COGS |
| Bill | 05/13/2017 | 5/7/17 - 5/13/17 | Jim Gamache - E | 163.17 | Expenses - Travel and business expenses |
| Bill | 07/01/2017 | 1208857349 | Citrix | 735.00 | Telephone conference call service - Awaiting credit to be issued |
| Bill | 12/22/2017 | INV10804P | Cable Quest | 4,828.00 | Cable manufacturer |
| Bill | 01/09/2018 | INV10892P | Cable Quest | 3,834.40 | Cable manufacturer |
| Bill | 01/10/2018 | INV10841P | Cable Quest | 1,557.60 | Cable manufacturer |
| Bill | 02/27/2018 | KA-I8022PU-B | Kidiz Co. Ltd. | 4.50 | Hardware units |
| Bill | 03/22/2018 | KA-18032PU-A | Kidiz Co. Ltd. | 105.00 | Hardware units |
| Bill | 03/29/2018 | KA-18032PU-B | Kidiz Co. Ltd. | 143.74 | Hardware units |
| Bill | 05/31/2018 | 184166 | Frazier and Deeter | 4,473.00 | Tax advice and tax return preparation fees |
| Bill | 06/15/2018 | SM8060020353 | Numerex Solutions | 2,235.79 | Data Service Charges - COGS - Billed Incorrectly - Credit to be issued/Charges disputed |
| Bill | 07/15/2018 | SM8060020762 | Numerex Solutions | 2,066.32 | Data Service Charges - COGS - Billed Incorrectly - Credit to be issued/Charges disputed |
| Bill | 08/15/2018 | SM8060021133 | Numerex Solutions | 2,100.16 | Data Service Charges - COGS - Billed Incorrectly - Credit to be issued/Charges disputed |
| Bill | 08/04/2018 | PO1805001 | Cable Quest | 5,577.78 | Cable manufacturer |
| Bill | 09/15/2018 | SM8060021551 | Numerex Solutions | 1,965.73 | Data Service Charges - COGS - Billed Incorrectly - Credit to be issued/Charges disputed |
| Bill | 10/02/2018 | KA-18100SPU-C | Kidiz Co. Ltd. | 4,025.00 | Hardware units |
| Bill | 10/15/2018 | SM8060021653 | Numerex Solutions | 1,792.54 | Data Service Charges - COGS - Billed Incorrectly - Credit to be issued/Charges disputed |
| Bill | 10/31/2018 | AH2H451 | Iron Mountain, Inc | 54.62 | Security shredding |
| Bill | 11/16/2018 | 11162018 | Accident Fund | 2,157.00 | Workers Comp. insurance premium |
| Bill | 11/21/2018 | KA-18112PU-A | Kidiz Co. Ltd. | 9,369.37 | Hardware units |
| Bill Pmt -Check | 11/26/2018 | ACH | Accident Fund | -6.75 | Workers Comp. Insurance premium |
| Bill | 11/30/2018 | AJEY533 | Iron Mountain, Inc | 85.87 | Security shredding |
| Bill | 12/28/2018 | IN-000101/61650 | ALK Technologies, Inc. | 6,517.50 | Navigation services - Charge onto customers |
| Bill | 12/31/2018 | 2018-12-003 | CarrierWeb Services Limited | 13,877.05 | Hosting services |
| Bill | 12/31/2018 | 01/072019 | Jeff Vickers - E | 110.94 | Expenses - Travel and business expenses |
| Bill | 01/04/2019 | KA-19010PU-D | Kidiz Co. Ltd. | 9,128.78 | Hardware units |
| Bill | 01/15/2019 | KA-19011SPU-AFreight | Kidiz Co. Ltd. | 109.83 | Freight for hardware unit shipments |
| Bill | 01/15/2019 | SM80602A | Numerex Solutions | 1,248.82 | Data Service Charges - COGS - Billed Incorrectly - Credit to be issued/Charges disputed |
| Bill | 01/15/2019 | 7746206 | Webex | 175.20 | Telephone conference call service |
| Bill | 01/18/2019 | KA-19011SPU-AFreight | Roxanne Boyd - E | 1,290.42 | Freight for hardware unit shipments |
| Bill | 01/25/2019 | 01/25/2019 | Roxanne Boyd - E | 9.81 | Expenses - Travel and business expenses |
| Bill | 01/28/2019 | DI-00058261 | Retirement Strategies, Inc. | 612.50 | Support services re 401(k) plan |
| Bill | 01/28/2019 | IN-000163765 | ALK Technologies, Inc. | 5,694.00 | Navigation services - Charge onto customers |
| Bill | 01/28/2019 | 2019 01-003 | CarrierWeb Services Limited | 24,855.00 | Hosting services |
| Bill | 01/30/2019 | 01/30/2019 | Eddy Smith - E | 70.00 | Expenses - Travel and business expenses |
| Bill | 01/30/2019 | 01/30/2019 | Jeff Vickers - E | 114.84 | Expenses - Travel and business expenses |
| Bill | 01/30/2019 | 02/07/2019 | Jeff Vickers - E | 6.54 | Expenses - Travel and business expenses |
| Bill | 01/30/2019 | 01/30/2019 | Roxanne Boyd - E | 1,180.00 | Driver behaviour services - Charged onto customers |
| Bill | 01/31/2019 | 1010274 | SpeedGauge, Inc. | 716.98 | Tax advice and tax return preparation fees |
| Bill | 07/07/2019 | 81188215A | Infinite Energy | | |

**$112,872.48**

**ATTACHMENT 5**
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: __CWEB Liquidation, LLC f/k/a CarrierWeb, LLC__                    Case Number: __17-54087__

Reporting Period beginning __February 1 2019__            Period ending __February 28 2019__

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:            $    374,044.20
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month            $            0.00 (a)
    PLUS: Inventory Purchased During Month            $            0.00
    MINUS: Inventory Used or Sold                $            (0.00)
    PLUS/MINUS: Adjustments or Write-downs            $            (0.00) *
    Inventory on Hand at End of Month            $            0.00

METHOD OF COSTING INVENTORY: __Lower of Cost and Net Realizable Value__

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.
__On January 30th 2019 all inventory items sold to ID Systems under an asset purchase agreement.__

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| 0     % | 0     % | 0     % | 0     % | = 0 % * |

* Aging Percentages must equal 100%.
☐    Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: __13,486.67__ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): __Computer and office equipment and Office furniture__
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month        $            0.00 (a) (b)
    MINUS:  Depreciation Expense            $            (0.00)
    PLUS:  New Purchases                $            0.00
    PLUS/MINUS: Adjustments or Write-downs        $            (0.00) *
Ending Monthly Balance                    $            0.00

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: __All fixed assets sold to ID Systems Inc. as part of an asset sale on January 30th 2019__

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor:  CWEB Liquidation, LLC f/k/a CarrierWeb, LLC              Case Number:  17-54087

Reporting Period beginning February 1 2019          Period ending  February 28 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A
standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts
other than the three required by the United States Trustee Program are necessary, permission must be obtained from
the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank
accounts must be approved by the United States Trustee.

NAME OF BANK:  SunTrust Bank              BRANCH:  Peachtree Street Atlanta

ACCOUNT NAME:  Operating Account          ACCOUNT NUMBER:  ████████9255

PURPOSE OF ACCOUNT:          OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 4,690.74 |
| Plus Total Amount of Outstanding Deposits | $ | 0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | (3,596.59) * |
| Minus Service Charges | $ | 0.00 |
| Ending Balance per Check Register | $ | 1,094.15 **(a) |

*Debit cards are used by_____  No debit cards have been issued on this account

**If Closing Balance is negative, provide explanation:_____ N / A

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment
4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | Nothing to report | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$  0.00 Transferred to Payroll Account
$  0.00 Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**CWEB Liquidation, LLC f/k/a  CarrierWeb, LLC**
**Bank Reconciliation - SunTrust Operating account (Ending 9255)**
**As at February 28th 2019**

Balance per bank Statement                As at February 28th 2019                    $        4,690.74

**Deposits outstanding**

No outstanding deposits                                                                          0.00

**Uncleared payments and transfers**

| Payee | Date | Check # | |
|-------|------|---------|--|
| Peggy Martin | January 29th 2019 | 1440 | $ 28.33 |
| ID Systems Inc. | February 12th 2019 | 1443 | 582.00 |
| ID Systems Inc. | February 28th 2019 | 1466 | 2,986.26 |
| | | | (3,596.59) |

Balance per accounting records                                                          **$1,094.15**

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
26/500/0175/0/11
9255
02/28/2019

# SunTrust

CARRIERWEB LLC
CHAPTER 11 DIP OPERATING ACCT
CASE #17-54087
200 TECHNOLOGY CT SE STE K
SMYRNA GA 30082-5203

## Account
## Statement

Questions? Please call
1-800-786-8787

---

**Reminder:**
Clients using any non-SunTrust ATM located in the U.S. are charged a $3 fee, and are charged a $5 fee
for using ATMs located outside the U.S. The ATM owner may also charge an additional fee.
For clients who use their debit card for transactions in a currency other than U.S. dollars, the exchange
rate will be increased by 3%. See the Business Accounts Fee Schedule at www.suntrust.com/businessfeesschedule for more information.

---

| Account Summary | Account Type | | Account Number | | Statement Period |
|---|---|---|---|---|---|
| | PRIMARY BUSINESS CHECKING | | )9255 | | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $19,180.42 | Average Balance | $26,301.87 |
| Deposits/Credits | $73,495.68 | Average Collected Balance | $26,301.87 |
| Checks | $41,864.34 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $46,121.02 | | |
| Ending Balance | $4,690.74 | | |

---

**Overdraft Protection**

| Account Number | Protected By |
|---|---|
| )9255 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

---

**Deposits/ Credits**

| Date | Amount | Serial # | Description |
|---|---|---|---|
| 02/01 | 2,476.27 | | *ELECTRONIC/ACH CREDIT* |
| | | | Fleet A2A TRAN ACH PAYMEN CARWE |
| 02/01 | 17,356.30 | | *ELECTRONIC/ACH CREDIT* |
| | | | ROBERT HEATH TRU ACH CAWSM |
| 02/06 | 46,617.64 | | INTERNAL TRANSFER WIRE CR |
| 02/07 | 3,477.21 | | *ELECTRONIC/ACH CREDIT* |
| | | | ROBERT HEATH TRU ACH CAWSM |
| 02/12 | 582.00 | | *ELECTRONIC/ACH CREDIT* |
| | | | KIMBALL INTL PAYMENTS |
| 02/25 | 2,986.26 | | *ELECTRONIC/ACH CREDIT* |
| | | | Service Trucking PAYMENT CWSM |

Deposits/Credits: 6                Total Items Deposited: 0

---

**Checks**

| Check Number | Amount | Date Paid | Check Number | Amount | Date Paid | Check Number | Amount | Date Paid |
|---|---|---|---|---|---|---|---|---|
| 1431 | 6,583.50 | 02/06 | 1435 | 1,248.82 | 02/04 | 1439 | 4,875.00 | 02/08 |
| 1432 | 1,556.29 | 02/04 | 1436 | 708.33 | 02/01 | *1441 | 170.08 | 02/01 |
| 1433 | 349.00 | 02/04 | 1437 | 1,813.54 | 02/04 | 1442 | 23,309.78 | 02/25 |
| 1434 | 80.00 | 02/08 | 1438 | 1,170.00 | 02/05 | | | |

Checks: 11
\* Indicates break in check number sequence. Check may have been processed electronically and listed as an Electronic/ACH transaction.

---

**Withdrawals/ Debits**

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/04 | 9.95 | | *ELECTRONIC/ACH DEBIT* |
| | | | INTUIT PYMT SOLN ACCT FEE |
| 02/04 | 12.95 | | *ELECTRONIC/ACH DEBIT* |
| | | | INTUIT PYMT SOLN ACCT FEE ! |

---

81614

Member FDIC

Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
36 /500 /0175/0/11
9255
02/28/2019

# SUNTRUST

## Account
## Statement

| Withdrawals/ Debits | Date Paid | Amount | Serial # | Description | | |
|---|---|---|---|---|---|---|
| | 02/04 | 234.97 | | ELECTRONIC/ACH DEBIT ANSWERCONNECT | | |
| | 02/04 | 303.00 | | ELECTRONIC/ACH DEBIT Intuit QuickBooks 7918556 | | |
| | 02/04 | 1,573.01 | | ELECTRONIC/ACH DEBIT NEXTIVA VOIP | | |
| | 02/06 | 37,977.79 | | ONLINE BANKING TRANSFER TO | )9263 | |
| | 02/11 | 580.87 | | ELECTRONIC/ACH DEBIT U. P. S.  UPS BILL | | |
| | 02/15 | 2,591.68 | | OUTGOING FEDWIRE DR TRN #019074 | | |
| | 02/19 | 1,500.00 | | ONLINE BANKING TRANSFER TO | )9271 | |
| | 02/19 | 801.80 | | ELECTRONIC/ACH DEBIT GPC GPC EBILL897 | | |
| | 02/21 | 535.00 | | ACCOUNT ANALYSIS FEE | | |
| | Withdrawals/Debits: | 11 | | | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 02/01 | 38,134.58 | 38,134.58 | 02/11 | 29,860.74 | 29,860.74 |
| | 02/04 | 31,033.05 | 31,033.05 | 02/12 | 30,442.74 | 30,442.74 |
| | 02/05 | 29,863.05 | 29,863.05 | 02/15 | 27,851.06 | 27,851.06 |
| | 02/06 | 31,919.40 | 31,919.40 | 02/19 | 25,549.26 | 25,549.26 |
| | 02/07 | 35,396.61 | 35,396.61 | 02/21 | 25,014.26 | 25,014.26 |
| | 02/08 | 30,441.61 | 30,441.61 | 02/25 | 4,690.74 | 4,690.74 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

81615

Member FDIC

## ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  CWEB Liquidation, LLC f/k/a CarrierWeb, LLC    Case Number: 17-54087

Reporting Period beginning February 1 2019      Period ending  February 28 2019

NAME OF BANK:  SunTrust Bank        BRANCH:  Peachtree Street, Atlanta

ACCOUNT NAME:  Operating Account

ACCOUNT NUMBER:  ███████9255

PURPOSE OF ACCOUNT:        OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              | **Analysis Attached** |  |  |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                    $  314,781.03

**CWEB Liquidation, LLC , f/k/a CarrierWeb LLC**
**Transactions by Account**
**February 2019**

## ST - Operating account - 9255

| Date | Num | Name | Memo | Amount |
|---|---|---|---|---|
| 02/04/2019 | 3546 | Intuit (processing fee) | Intuit processing fee | 9.95 |
| 02/04/2019 | ACH | Intuit - Quickbooks | Intuit processing fee | 12.95 |
| 02/04/2019 | ACH | Answer Connect | Account ID: 660281678 | 234.57 |
| 02/04/2019 | ACH | Intuit - Quickbooks | Accounting software monthly fee | 303.00 |
| 02/04/2019 | ACH | Nextiva | VOIP Telephone services | 1,572.01 |
| 02/08/2019 | ACH | UPS | Shipping Charges | 960.87 |
| 02/08/2019 | ACH/Paxen | AT&T Mobility EDO | Data service charges - Core amount payment | 304,650.26 |
| 02/08/2019 | ACH/Paxen | AT&T | Internet charges - Core amount payment | 2,602.13 |
| 02/08/2019 | ACH/Paxen | AT&T Call phones | Cell phone charges - Core amount payment | 1,385.42 |
| 02/12/2019 | ACH | Georgia Power | Utilities | 601.80 |
| 02/15/2019 | | John Hancock | 401k contributions and matching contributions for associates | 2,991.66 |
| 02/21/2019 | 3340 | Suntrust Bank - Bank Fees | Bank Fees | 555.00 |

**Total Disbursements**     **$314,781.03**

| | | | | |
|---|---|---|---|---|
| Check | 02/08/2019 | | Transfer funds to Payroll account | 37,977.79 |
| Check | 02/15/2019 | | Transfer funds to Tax account | 1,500.00 |

**Total Transfers**     **$39,477.79**

## ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor CWEB Liquidation, LLC f/k/a CarrierWeb, LLC        Case Number: 17-54087

Reporting Period February 1 2019            Period ending  February 28 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: SunTrust Bank                BRANCH:  Peachtree Street, Atlanta

ACCOUNT NAME: Payroll Account            ACCOUNT NUMBER: ████████9263
PURPOSE OF ACCOUNT:       PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 131.46 |
| Plus Total Amount of Outstanding Deposits | $ | 0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | (0.00) * |
| Minus Service Charges | $ | 0.00 |
| Ending Balance per Check Register | $ | 131.46 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | **Nothing to report** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | **Analysis Attached** | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**CWEB Liquidation, LLC f/k/a  CarrierWeb, LLC**
**Bank Reconciliation - SunTrust Payroll account (Ending 9263)**
**As at February 28th 2019**

Balance per bank Statement                     As at February 28th 2019                    $         131.46

**Deposits outstanding**

No outstanding deposits                                                                      0.00

**Uncleared payments and transfers**

| Payee | Date | Check # |
|-------|------|---------|

No outstanding payments or transfers

Balance per accounting records                                                           $    0.00

                                                                                         **$131.46**

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 1
66/E00/0175/0/11
9263
02/28/2019

# SunTrust

## Account
## Statement

CARRIERWEB LLC
CHAPTER 11 DIP PAYROLL ACCT
CASE #17-54087
200 TECHNOLOGY CT SE STE K
SMYRNA GA 30082-5203

Questions? Please call
1-800-786-8787

---

**Reminder:**
Clients using any non-SunTrust ATM located in the U.S. are charged a $3 fee, and are charged a $5 fee
for using ATMs located outside the U.S. The ATM owner may also charge an additional fee.
For clients who use their debit card for transactions in a currency other than U.S. dollars, the exchange
rate will be increased by 3%. See the Business Accounts Fee Schedule at www.suntrust.com/businessfeeschedule for more information.

---

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 9263 | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $146.46 | Average Balance | $1,502.27 |
| Deposits/Credits | $37,977.79 | Average Collected Balance | $1,502.27 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $37,992.79 | | |
| Ending Balance | $131.46 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 9263 | *************9255 |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description | |
|---|---|---|---|---|
| 02/06 | 37,977.79 | | ONLINE BANKING TRANSFER FROM | 9255 |

Deposits/Credits: 1                                Total Items Deposited: 0

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/07 | 37,977.79 | | *ELECTRONIC/ACH DEBIT* INTUIT PAYROLL S  QUICKBOOKS |
| 02/28 | 15.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 2

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 146.46 | 146.46 | 02/07 | 146.46 | 146.46 |
| 02/06 | 38,124.25 | 38,124.25 | 02/28 | 131.46 | 131.46 |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted
that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

73880                                    Member FDIC

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor:  CWEB Liquidation, LLC f/k/a CarrierWeb, LLC    Case Number:  17-54087

Reporting Period beginning February 1 2019     Period ending  February 28 2019

NAME OF BANK:  SunTrust Bank     BRANCH:  Peachtree Street, Atlanta

ACCOUNT NAME:  Payroll

ACCOUNT NUMBER:  ████9263

PURPOSE OF ACCOUNT:      PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  | **Analysis Attached** |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                                $   37,992.79

**CWEB Liquidation, LLC f/k/a CarrierWeb LLC**
Monthly summary of bank activity - Payroll account
**February 2019**

### Payments made via Payroll account

| Date | Amount | | Payee | Purpose | Reason for cash disbursement |
|---|---|---|---|---|---|
| February 6th 2019 | 1,024.55 | Eddie M Byrd | | Payroll | |
| February 6th 2019 | 1,914.00 | Eddy L Smith | | Payroll | |
| February 6th 2019 | 2,174.86 | Hamed J Mshilla | | Payroll | |
| February 6th 2019 | 1,329.19 | Henry Allen | | Payroll | |
| February 6th 2019 | 2,487.64 | Jeffrey A Vickers | | Payroll | |
| February 6th 2019 | 887.14 | John B Moses | | Payroll | |
| February 6th 2019 | 3,535.12 | Keith T O'Brien | | Payroll | |
| February 6th 2019 | 1,259.34 | Li-Chao Eric Lin | | Payroll | |
| February 6th 2019 | 1,516.02 | Louis M Torrumbe | | Payroll | |
| February 6th 2019 | 935.78 | Peggy J Martin | | Payroll | |
| February 6th 2019 | 850.57 | Roxanne C L Boyd | | Payroll | |
| February 6th 2019 | 2,458.54 | Shad A Bell | | Payroll | |
| February 6th 2019 | 1,725.07 | Tammy D Sewell | | Payroll | |
| February 6th 2019 | 3,780.30 | William J Newlands | | Payroll | |
| February 6th 2019 | 1,584.44 | Wyatt Sweat | | Payroll | |
| February 6th 2019 | 197.75 | Payroll service fees | | Fees re payroll processing | |
| February 6th 2019 | 10,317.48 | Payroll taxes | | Payroll | |
| | $37,977.79 | Total deducted by Intuit payroll services | | | |

### Payments made via Operating account

| Date | Amount | | Purpose | Reason for cash disbursement |
|---|---|---|---|---|
| February 15th 2019 | 2,591.68 | 401K Contributions - Deductions and matching | 401K Contributions | |
| Total disbursements from Operations Account | $2,591.68 | | | |

### Reconciliation of payroll account disbursements

| | | |
|---|---|---|
| Total payroll bank account disbursements | 37,977.79 | Detailed above |
| Bank Fees charged to account | 15.00 | Per disbursements analysis |
| Total Disbursements from account | $37,992.79 | |

| | | | |
|---|---|---|---|
| Less amounts included re expenses | 0.00 | | |
| Payroll Service Fees | (197.75) | | |
| Bank Fees charged to account | (15.00) | | |
| 401K Contributions and matching | 2,591.68 | Paid via Operating account | |
| Payment of taxes via Operating Account | 0.00 | | |
| Total Payroll expenses | $40,371.72 | | |
| Total per cash disbursements disclosure | $40,371.72 | Payroll plus payroll taxes | |
| Variance | ($0.00) | | |

### Disbursure analysis

| | |
|---|---|
| Net Payroll | 27,462.56 |
| 401K Contributions and matching plus Operating Account payments | 2,591.68 |
| Total Payroll | 30,054.24 |
| Taxes | 10,317.48 |
| Total per cash disbursements disclosure | $40,371.72 |

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor:  CWEB Liquidation, LLC f/k/a CarrierWeb, LLC          Case Number: 17-54087

Reporting Period beginning February 1  2019          Period ending  February 28  2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  SunTrust Bank          BRANCH:  Peachtree Street, Atlanta

ACCOUNT NAME:  Tax          ACCOUNT NUMBER:  ████9271

PURPOSE OF ACCOUNT:      TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 125.17 |
| Plus Total Amount of Outstanding Deposits | $ | 0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $ | (0.00) * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | 125.17 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐  Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | **Nothing to report** | | |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| _____ | _____ | **Analysis Attached** | | |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**CWEB Liquidation, LLC f/k/a  CarrierWeb, LLC**
**Bank Reconciliation - SunTrust Tax account (Ending 9271)**
**As at February 28th 2019**

Balance per bank Statement                    As at February 28th 2019                    $              125.17

**Deposits outstanding**

No outstanding deposits                                                                                      0.00

**Uncleared payments and transfers**

| Payee | Date | Check # | |
|-------|------|---------|--|
| | | | |

Balance per accounting records                                                              $          **$125.17**

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 1 of 2
66/600/0175/0/11
9271
02/28/2019

# Account
# Statement

SUNTRUST

CARRIERWEB LLC
CHAPTER 11 DIP TAX ACCOUNT
CASE #17-54087
200 TECHNOLOGY CT SE STE K
SMYRNA GA 30082-5203

Questions? Please call
1-800-786-8787

> **Reminder:**
> Clients using any non-SunTrust ATM located in the U.S. are charged a $3 fee, and are charged a $5 fee
> for using ATMs located outside the U.S. The ATM owner may also charge an additional fee.
> For clients who use their debit card for transactions in a currency other than U.S. dollars, the exchange
> rate will be increased by 3%. See the Business Accounts Fee Schedule at www.suntrust.com/businessfeeschedule for more information.

## Account Summary

| Account Type | Account Number | Statement Period |
|---|---|---|
| PRIMARY BUSINESS CHECKING | 9271 | 02/01/2019 - 02/28/2019 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,296.52 | Average Balance | $340.80 |
| Deposits/Credits | $1,500.00 | Average Collected Balance | $340.80 |
| Checks | $.00 | Number of Days in Statement Period | 28 |
| Withdrawals/Debits | $2,671.35 | | |
| Ending Balance | $125.17 | | |

## Overdraft Protection

| Account Number | Protected By |
|---|---|
| 9271 | Not enrolled |

For more information about SunTrust's Overdraft Services, visit www.suntrust.com/overdraft.

## Deposits/Credits

| Date | Amount | Serial # | Description | |
|---|---|---|---|---|
| 02/19 | 1,500.00 | | ONLINE BANKING TRANSFER FROM | 9255 |

Deposits/Credits: 1              Total Items Deposited: 0

## Withdrawals/Debits

| Date Paid | Amount | Serial # | Description |
|---|---|---|---|
| 02/01 | 942.27 | | ELECTRONIC/ACH DEBIT WA DEPT REVENUE TAX |
| 02/04 | 3.15 | | ELECTRONIC/ACH DEBIT UTAH801/297-7703  TAX PAYMNT |
| 02/04 | 17.28 | | ELECTRONIC/ACH DEBIT CSI MODR TAX DORPAYMENT |
| 02/20 | 303.58 | | ELECTRONIC/ACH DEBIT WEBFILE TAX PYMT DD |
| 02/20 | 1,167.24 | | ELECTRONIC/ACH DEBIT FLA DEPT REVENUE |
| 02/21 | 5.00 | | ACCOUNT ANALYSIS FE |
| 02/21 | 48.47 | | ELECTRONIC/ACH DEBIT SC DEPT REVENUE DEBIT |
| 02/22 | 169.36 | | ELECTRONIC/ACH DEBIT COMP OF MARYLAND DIR DB RAD |
| 02/28 | 15.00 | | MAINTENANCE FEE |

Withdrawals/Debits: 9

## Balance Activity History

| Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/01 | 354.25 | 354.25 | 02/20 | 363.00 | 363.00 |
| 02/04 | 333.82 | 333.82 | 02/21 | 309.53 | 309.53 |
| 02/19 | 1,833.82 | 1,833.82 | 02/22 | 140.17 | 140.17 |

73881                    Member FDIC                    Continued on next page

SUNTRUST BANK
PO BOX 305183
NASHVILLE TN 37230-5183

Page 2 of 2
66/F00/0175/0/11
9271
02/28/2019

# SunTrust

## Account
## Statement

| Balance Activity History | Date | Balance | Collected Balance | |
|---|---|---|---|---|
| | 02/28 | 125.17 | 125.17 | |

The Ending Daily Balances provided do not reflect pending transactions or holds that may have been outstanding when your transactions posted that day.  If your available balance wasn't sufficient when transactions posted, fees may have been assessed.

Member FDIC

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: <u>CWEB Liquidation, LLC f/k/a CarrierWeb, LLC</u>    Case Number: <u>17-54087</u>

Reporting Period beginning <u>February 1 2019</u>    Period ending <u>February 28 2019</u>

NAME OF BANK: <u>SunTrust Bank</u>    BRANCH: <u>Peachtree Stree, Atlanta</u>

ACCOUNT NAME: <u>Tax</u>    ACCOUNT # ███████<u>9271</u>

PURPOSE OF ACCOUNT: <u>    TAX    </u>

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | Analysis attached - All taxes paid from this account are sales taxes | | |
| | | Payroll taxes are paid from the Payroll account as part of the payroll payment by Intuit | | |

TOTAL    $ 12,006.13 (d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | $ 10,317.48 (a) |
| Sales & Use Taxes Paid | $  1,688.65 (b) |
| Other Taxes Paid | 0.00 (c) |
| TOTAL | $12,006.13 (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

CWEB Liquidation, LLC f/k/a CarrierWeb, LLC
Transactions by Account
February 2019

| Date | Num | Name | Memo | $ |
|---|---|---|---|---|
| **Sales Tax disbursements** | | | | |
| 02/20/2019 ACHFLX019 | | Florida Department of Revenue | Sales Tax payment | 1,187.24 |
| 02/20/2019 ACHMD019 | | Maryland Dept. of Revenue | Sales Tax payment | 169.38 |
| 02/20/2019 ACHSC019 | | South Carolina Department of Revenue | Sales Tax payment | 48.47 |
| 02/20/2019 ACHTX019 | | Texas Dept of Revenue | Sales Tax payment | 303.56 |
| **Non Tax Disbursements** | | | | |
| 02/21/2019 3152 | | Suntrust Bank - Bank Fees | Bank Fees - Tax account - February 2019 | 5.00 |
| 02/26/2019 3152 | | Suntrust Bank - Bank Fees | Maintenance Fees - Tax account - February 2019 | 15.00 |
| | | Total disbursements from the account | | 51,708.65 |

### ATTACHMENT 4D

### MONTHLY SUMMARY OF BANK ACTIVITY – ASSET SALE ESCROW ACCOUNT

Name of Debtor: CWEB Liquidation, LLC f/k/a CarrierWeb, LLC          Case Number: 17-54087

Reporting Period beginning February 1 2019          Period ending  February 28 2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:  Escrow Account

ACCOUNT NAME:  Escrow Account

PURPOSE OF ACCOUNT:  Funds held by Lamberth, Cifelli, Ellis and Nason PA from proceeds of asset sale

| | |
|---|---|
| Ending Balance per records | $ 1,791,749.93 |
| Plus Total Amount of Outstanding Deposits | $          0.00 |
| Minus Total Amount of Outstanding Checks and other debits | $          (0.00) * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 1,791,749.93 **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | **Nothing to report** | | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5D**

**CHECK REGISTER – ESCROW ACCOUNT**

Name of Debtor:  CWEB Liquidation, LLC f/k/a CarrierWeb, LLC    Case Number:  17-54087

Reporting Period beginning February 1 2019        Period ending  February 28 2019

NAME OF BANK:  Escrow Account            BRANCH:  _____

ACCOUNT NAME:  Escrow Account

PURPOSE OF ACCOUNT:   Funds held by Lamberth, Cifelli, Ellis and Nason PA from proceeds of asset sale

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 02/06/19 | TRF | Payroll account | Payment of payroll | $ 46,617.64 |
| 02/08/19 | TRF | ATT | Payment of Cure Ammount | $ 308,137.80 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TOTAL**                                                                    $ 354,755.44

**ATTACHMENT 6**

## MONTHLY TAX REPORT

Name of Debtor: <u>CWEB Liquidation, LLC f/k/a CarrierWeb, LLC</u>   Case Number: <u>17-54087</u>

Reporting Period beginning <u>February 1 2019</u>   Period ending <u>February 28 2019</u>

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Arizona | 06/20/19 | Sales Taxes | 901.50 | New account – Annual | |
| Florida | 03/19/19 | Sales Taxes | 10,000.38 | 02/19/19 | 01/2019 |
| Michigan | 06/20/19 | Sales Taxes | 1,482.29 | New account – Annual | |
| Tennessee | 01/31/19 | Sales Taxes | 32,277.40 | 01/20/18 | A- 2017 |
| TOTAL | | | $ 44,661.57 | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor  CWEB Liquidation, LLC f/k/a CarrierWeb, LLC     Case Number:  17-54087

Reporting Period beginning February 1 2019        Period ending  February 28 2019

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | No such payments made | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | (0) | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Liberty Mutual | 800-653 7893 | WC5 39S382546 | Workers Comp | 01/31/19 | Paid annual  11/18/18 |
| Evanston Insurance | 770 683 1000 | IT 811302 | Commercial | 01/31/19 | Paid annual  11/20/18 |
| Evanston Insurance | 770 683 1000 | IT 811302 | Prof. Liability | 11/20/19 | Paid annual  11/20/18 |
| Evanston Insurance | 770 683 1000 | IT 811302 | Business Auto | 01/31/19 | Paid annual  11/20/18 |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

✔ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

1/. January 30th 2019 – Completed asset sale to ID Systems Inc.  – Sale of accounts receivable, customer contracts,

Inventory and other assets together with transfer of all associates to ID Systems Inc.

2/. CarrierWeb, LLC filed articles/certificate of Amendment with the Secretary of State of the State of Georgia

on February 14th 2019 to change its name to CWEB Liquidation, LLC

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before __May 15th 2019__